# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Matthew A. Smith, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | **ORDER DENYING MOTION TO STAY** |
| vs. | ) | |
| | ) | |
| HSS, | ) | |
| | ) | Case No. 1:20-cv-021 |
| Defendant. | ) | |

Plaintiff initiated the above-captioned action *pro se* on February 11, 2020. Judge Traynor subsequently referred this matter to the magistrate judge for preliminary consideration pursuant to 28 U.S.C. § 1915(e)(2). On February 27, 2020, I issued a Report and Recommendation. In it I recommended the dismissal of this action for lack of personal jurisdiction.

On March 20, 2020, plaintiff filed a "Motion for Stay of Execution." He requests the court stay this matter for 120 days while he gets in finances in order and endeavors to retain counsel. Notably, he makes no effort to address the substance of the Report and Recommendation.

The stay requested by plaintiff is unreasonable. Moreover, this court's lack of personal jurisdiction is not reasonably debatable. Defendant's motion to stay (Doc. No. 7) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 23rd day of March, 2020.

*/s/ Clare. R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court